UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TESSEMA-OSAZE: BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-03808-JPH-DLP |
| | ) | |
| 39 INDY PARTNERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DISMISSING CASE**

Plaintiff Tessema-Osze: Bey has filed with the Court an affidavit, which

the Court construes as a complaint. *See* dkt. 1. In the complaint, Plaintiff

attempts to exercise "constitutional and contractual rights to discovery" in

order to "come to a peaceful resolution in regards to any alleged 'rent owed' or

'eviction notices.'" Dkt. 1 at 1. Plaintiff appears to claim that he cannot be

removed from his apartment and that he cannot be charged rent, and that

attempting to do either would be an act of genocide. *See* dkt. 1 at 2–3.

The Court does not have subject matter jurisdiction over a complaint

that is wholly insubstantial. *See Steel Co. v. Citizens for a Better Env't,* 523

U.S. 83, 89 (1998). And "[a] frivolous federal law claim cannot successfully

invoke federal jurisdiction." *In re African-American Slave Descendants Litig.,*

471 F.3d 754, 757 (7th Cir. 2006).

While Plaintiff does mention in passing the Constitution of the United

States and 28 U.S.C. section 1332, the complaint does not identify a federal

cause of action.  *See* dkt. 1 at 2.  Even liberally construing the complaint, this Court cannot discern within it any plausible federal claim against any defendant.  *See Sanders-Bey v. United States,* Nos. 07-2204, 07-3891, 267 Fed. Appx. 464, 465 (7th Cir. Feb. 25, 2008) (dismissing for lack of jurisdiction a complaint that "appear[ed] to simply reference a panoply of random federal laws"); *cf. United States ex rel. Garst v. Lockheed–Martin Corp.,* 328 F.3d 374, 378 (7th Cir. 2003) ("Rule 8(a) requires parties to make their pleadings straightforward, so that judges and adverse parties need not try to fish a gold coin from a bucket of mud.").

The Court thus DISMISSES the complaint without prejudice for lack of subject matter jurisdiction.  *See Ezike v. Nat'l R.R. Passenger Corp.,* No. 08-2139, 2009 WL 247838 at *3 (7th Cir. Feb. 3, 2009).  Judgment consistent with this order shall now issue.

**SO ORDERED.**

Date: 1/18/2019

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

TESSEMA-OSAZE: BEY
9109 East 39th Place
Apartment 7
Indianapolis, IN 46235